UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MAGNUM REAL ESTATE GROUP LLC, 140 WEST STREET (NY) LLC D/B/A 100 BARCLAY ,<br><br>　　　　　Defendants. | ECF CASE<br><br>No.: 1:19-cv-02762-DAB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendants having not filed an Answer or a Motion for Judgment, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) each party shall bear its own fees and costs.

Because no class has been certified, and no motion for class certification filed, this matter may be dismissed without notice or court approval.

Dated:  January 6, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　s/ Christopher H. Lowe
　　　　　　　　　　　　　　　　　　Christopher H. Lowe
　　　　　　　　　　　　　　　　　　LIPSKY LOWE LLP
　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　　　　　　　New York, New York 10170
　　　　　　　　　　　　　　　　　　chris@lipskylowe.com
　　　　　　　　　　　　　　　　　　Tel: 212.392.4772
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*